**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nikki BURKS, Defendant–Appellant.**

No. 06–12810
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 15, 2006.

Michelle Hendrix, Pensacola, FL, for Defendant–Appellant.

Before BLACK, MARCUS and COX, Circuit Judges.

PER CURIAM:

Michelle L. Hendrix, appointed counsel for Nikki Burks, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit; therefore, counsel's motion to withdraw is **GRANTED,** and Burks's conviction and sentence are **AFFIRMED.**